# UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

Sara Underwood, et al.

Plaintiff(s)

Case No.: 1:22-cv-03767-TNM

vs.

Down Under Inc., d/b/a Bravo Bravo, et al.

Defendant(s)

## AFFIDAVIT OF SERVICE

I, Ambiko Wallace, a Process Server, being duly sworn, depose and say:

That I have been duly authorized to make service of the Summons, Civil Cover Sheet, and Complaint with Exhibits in the above titled case.

That I am over the age of eighteen years and not a party to or otherwise interested in this matter.

That on 01/20/2023 at 1:58 PM, in accordance with D.C. Code § 29-104.12, I served the defendant, Down Under Inc., d/b/a Bravo Bravo c/o Rubidia Henriquez, Registered Agent through the DC Department of Licensing and Consumer Protection with duplicate copies of the Summons, Civil Cover Sheet, and Complaint with Exhibits in the above titled case with Form GN-6 and the statutory service fee of $100.00 by check made payable to the DC Treasurer. Service was made upon the DC Department of Licensing and Consumer Protection at 1100 4th Street, SW, Washington, DC 20024 by serving Carrie Evans, Paralegal, authorized to accept on behalf of the DC Department of Licensing and Consumer Protection after the requisite good faith attempts to serve the registered agent have failed at 723 Longfellow Street, NW, #003, Washington, DC 20011.

Carrie Evans is described herein:

Gender: Female   Race/Skin: Black   Age: 60   Weight: 175   Height: 5'6"   Hair: Black   Glasses: No

I declare under penalty of perjury that this information is true.

1/25/23
Executed On

Ambiko Wallace

Client Ref Number: 5527-19
Job #: 1612401

Capitol Process Services, Inc. | 1827 18th Street, NW, Washington, DC 20009 | (202) 667-0050

Reset Form



## GOVERNMENT OF THE DISTRICT OF COLUMBIA
## MURIEL BOWSER, MAYOR

## District of Columbia Government
### Corporations Division

**Service of Process Action Form.**
**Form GN-6, Ver. 4, October 2022**

This form can only be used to serve the defendant – domestic or foreign filing entity if plaintiff or his representative have exhausted all the means to serve domestic or foreign filing entity as prescribed under D.C. Code § 29-104.12

| ENTITY TYPE / AUTHORITY | FILING FEE |
|---|---|
| Domestic or Foreign Filing Entity: § 29-104.12 | Refer to Corporate Fee Schedule posted online. |

Under the provisions of the Title 29 of D.C. Code (Business Organizations Act), the plaintiff identified below is serving the defending domestic or foreign filing entity and for that purpose submits the statement below.

**1. Plaintiff's Name**
SARA UNDERWOOD, CLAUDIA SAMPEDRO, JESSICA BURCIAGA, JESSICA NICHOLE ROCKWELL, JESSICA "JESSA" HINTON, JAMILLETTE GAXIOLA, ROSA ACOSTA, CHRISTEN HARPER, JESSICA "CHARM" KILLINGS, and PAOLA CAÑAS

**2. Plaintiff's Address**

**3. Defending Domestic or Foreign Filing Entity's Name (give file# if known)**
DOWN UNDER INC., d/b/a BRAVO BRAVO

**4. Defending Domestic or Foreign Filing Entity's Address**
RA: Rubidia Henriquez, 723 Longfellow Street #003 Washington, DC 20011

**5. One of the following conditions applies (must select one)**

☐ Represented entity failed to appoint or maintain a registered agent in the District; or

☑ A represented entity's registered agent in the District cannot with reasonable diligence be found.

**6. Duplicate copies of the process, notice, or demand are submitted along with this form.**

If you sign this form you agree that anyone who makes a false statement can be punished by criminal penalties of a fine up to $1000, imprisonment up to 180 days, or both, under DCOC § 22-2405;

| 7. Name of the Plaintiff or Authorized Person | 7A. Signature of the Plaintiff or Authorized Person |
|---|---|
| Christine A. Bondi, Esq. | *Christine Bondi* |

**Mail all forms and required payment to:**
Department of Licensing and Consumer Protection
Corporations Division
PO Box 92300
Washington, DC 20090
**Phone: (202) 442-4432**

Many corporate filings are available online.

Go to our CorpOnline site at https://corponline.dlcp.dc.gov and sign in with Access DC to proceed.

Online filings are paid by credit card.

**UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA**

---

Sara Underwood, et al.

Plaintiff(s)

Case No.: 1:22-cv-03767-TNM

vs.

Down Under Inc., d/b/a Bravo Bravo, et al.

Defendant(s)

---

## AFFIDAVIT OF DUE DILIGENCE

I, Justin Cohen, a Private Process Server, having been duly authorized to make service of the Summons, Civil Cover Sheet, and Complaint with Exhibits in the above entitled case, hereby depose and say:

That I am over the age of eighteen years and not a party to or otherwise interested in this matter.

That after due search, careful inquiry and diligent attempt(s), I have been unable to serve Down Under Inc., d/b/a Bravo Bravo c/o Rubidia Henriquez, Registered Agent with the above named process.

That on December 29, 2022 at 8:16 PM, I attempted to serve Down Under Inc., d/b/a Bravo Bravo c/o Rubidia Henriquez, Registered Agent at 723 Longfellow Street, NW, #003, Washington, DC 20011. On this occasion, I received no answer at the door after knocking for several minutes.

That on January 9, 2023 at 7:05 PM, I attempted to serve Down Under Inc., d/b/a Bravo Bravo c/o Rubidia Henriquez, Registered Agent at 723 Longfellow Street, NW, #003, Washington, DC 20011. On this occasion, again, I received no answer at the door.

That on January 11, 2023 at 8:30 AM, I attempted to serve Down Under Inc., d/b/a Bravo Bravo c/o Rubidia Henriquez, Registered Agent at 723 Longfellow Street, NW, #003, Washington, DC 20011. On this occasion, as before, I received no answer at the door.

I declare under penalty of perjury that this information is true.

1/16/23
Executed On

Justin Cohen

Client Ref Number: 5527-19
Job #: 1612401

AO 440 (Rev. 06/12; DC 3/15) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Columbia

Sara Underwood, et al.

*Plaintiff(s)*

v.

Down Under Inc., d/b/a Bravo Bravo, et al.

*Defendant(s)*

Civil Action No. 22-3767 TNM

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Down Under Inc. d/b/a Bravo Bravo
c/o RUBIDIA HENRIQUEZ
723 Longfellow Street #003
Washington DC 20011

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
Christine Bondi
10300 Eaton Place, Suite 301
Fairfax, VA 22030

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



ANGELA D. CAESAR, CLERK OF COURT

Date: 12/23/2022

/s/ Luileadny J. Navas Gonzalez
*Signature of Clerk or Deputy Clerk*

 **(/Home.aspx/index)**

Mayor Muriel Bowser

311 Online (https://311.dc.gov)    Agency Directory (https://dc.gov/directory)    Online Services (https://dc.gov/online-services)    Accessibility (https://dc.gov/page/dcgov-accessibility-policy)

Home (/Home.aspx)

Edit Account (/Account.aspx/AccountManagement)

Sign Out (/Account.aspx/LogOff?signoutFromCropLogin=true)

# DOWN UNDER Inc. - Initial File Number: 740490

Main    Reports    Trade Names    Beneficial Owners

## Entity Info

**Business Name**
DOWN UNDER

**Suffix**
Inc.

**Registration / Effective Date**
2/28/1974

**Commencement Date**
2/28/1974

**Entity Status**
Active

**Foreign Name**
NA

**Date of Organization**
2/28/1974

**State**
District of Columbia

**Country**
USA

## Business Address

**Line1**
1001 Connecticut Avenue, NW

**Line2**

| City | State | Zip |
|---|---|---|
| Washington | Virginia | 20036 |

## Agent

**Is non-commercial Registered Agent?**
Yes

**Name**
RUBIDIA HENRIQUEZ

# Address

### Line1
723 Longfellow Street #003

### Line2

| City | State | Zip |
|---|---|---|
| Washington | District of Columbia | 20011 |

### Email
lcmb@morrisonreynolds.com

**Return to Home**

---

### District News

- Mayor's Public Schedule (https://mayor.dc.gov/newsroom)
- Citywide News (https://newsroom.dc.gov)
- Citywide Calendar (https://calendar.dc.gov/events)
- Subscribe to Receive Emails (https://service.govdelivery.com/accounts/DCWASH/subscriber/new)
- Subscribe to Text Alerts (https://hsema.dc.gov/page/alertdc)
- Subscribe to Newsletters (https://public.govdelivery.com/accounts/DCWASH/subscriber/new)

### District Initiatives

- Green DC (https://green.dc.gov)
- Grade DC (https://grade.dc.gov)
- Age-Friendly DC (https://agefriendly.dc.gov)
- Sustainable DC (https://sustainable.dc.gov)
- Connect DC (https://connect.dc.gov)
- Great Streets (https://greatstreets.dc.gov)